IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES CAMPBELL<br>v. | CIVIL ACTION |
| BRIAN COLEMAN, et al. | NO. 13-3982 |

## O R D ER

AND NOW, this 4th day of February, 2014, upon careful consideration Petitioner Charles

Campbell's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1), the

December 4, 2013 Report and Recommendation of Magistrate Judge Jacob P. Hart (ECF No. 11),

Petitioner's Objections thereto (ECF No. 14), and for the reasons in the accompanying

Memorandum, it is hereby **ORDERED**:

      1.    The Report and Recommendation (ECF No. 11) is **APPROVED** and

**ADOPTED**.

      2.    Petitioner's Objections to the Report and Recommendation (ECF No. 14)

are **OVERRULED**.

      3.    The Petition for Writ of Habeas Corpus (ECF No. 1) is **DISMISSED** with

prejudice insofar as it raises claims not cognizable under 28 U.S.C. § 2254 and is **DENIED** with

prejudice in all other respects.

      4.    There is no basis for the issuance of a certificate of appealability.

5.      The Clerk of Court is directed to mark this matter as **CLOSED** for statistical purposes.

BY THE COURT:

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-3982 campbell v. coleman\13cv3982.randr.denied.docx